```
          IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF ALABAMA
                    SOUTHERN DIVISION
```

| | |
|---|---|
| PATRICK N. ANDERSON, | : |
| Plaintiff, | : |
| vs. | : CIVIL ACTION NO. 15-00617-WS-B |
| ALI D. BURGESS STALLEY, *et al.*, | : |
| Defendants. | : |

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that Plaintiff's action is **DISMISSED** with prejudice for failure to prosecute this action and to comply with the Court's Orders.

**DONE** this 14th day of March, 2017.

              s/WILLIAM H. STEELE
              **UNITED STATES DISTRICT JUDGE**